HERMAN C. LIND, Respondent, v. HENRY ENGELHARDT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ORESTE MANISCALCO, an Infant, by PLACIDO MANISCALCO, His Guardian ad Litem, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $15,000; in which event the judgment as modified is unanimously affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

PLACIDO MANISCALCO, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $1,500; in which event the judgment as modified is unanimously affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. RYAN, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SLAUGHTER W. HUFF, Respondent, v. THE WARDEN AND KEEPER OF THE PRISON OF THE CITY OF NEW YORK, BOROUGH OF QUEENS, and Another, Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order affirmed, without costs, on the opinion of Mr. Justice Cropsey at Special Term. [Reported in 118 Misc. Rep. 681.] Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. LEE, Respondent, v. THE WARDEN AND KEEPER OF THE PRISON OF THE CITY OF NEW YORK, BOROUGH OF QUEENS, and Another, Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Appellants— Order affirmed, without costs, on the opinion of Mr. Justice Cropsey at Special Term. [Reported in 118 Misc. Rep. 681.] Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CLARA REMSEN, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ANTONIO ROMANIA, Respondent, v. LAMPORT & HOLT, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. The issue as to whether or not a general release was executed by plaintiff in this action for personal injuries involves an examination of the extent of such injury. The plaintiff's claim is that he was so affected physically and mentally by the injury that he was not a voluntary party to the alleged general release. Under such circumstances two trials involving substantially the same facts would result. For the foregoing reasons we think we should not interfere with the discretion of the Special Term refusing a separate trial of the issue as to the general release. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.